THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEFFREY SMITH, ADC #109695**                                                                PLAINTIFF

v.                                    Case No. 1:19-cv-00008-KGB

**WENDY KELLEY**, Director, Arkansas Department of Correction,
**LOMAN JOHNSON**, Kitchen Supervisor, Grimes Unit, ADC, and
**ARIC SIMMONS**, Doctor/APRN                                                                DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Volpe's recommendations.

Therefore, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 4). The Court dismisses without prejudice plaintiff Jeffrey Smith's complaint. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the Order and Judgment entered in this case would not be taken in good faith.

It is so ordered this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge