THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEFFREY SMITH, ADC #109695**                                                      **PLAINTIFF**

**v.**                              **Case No. 1:19-cv-00008-KGB**

**WENDY KELLEY, Director, Arkansas Department of Correction,**
**LOMAN JOHNSON, Kitchen Supervisor, Grimes Unit, ADC, and**
**ARIC SIMMONS, Doctor/APRN**                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Jeffrey Smith's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge